No. **CR12 00463 LHK PSG**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

---

### THE UNITED STATES OF AMERICA
*vs.*
PAUL CHIANG

---

## INDICTMENT

Count One: 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(ii) - Computer Intrusion

Count Two: 18 U.S.C. §§ 2511(1)(a) and (4)(a)

---

*A true bill.*

Mary Elizabeth Sladek
*Foreperson*

Filed in open court this __13__ day of __June__

A.D. 2012

UNITED STATES MAGISTRATE JUDGE

No Bail Arrest Warrant

**Bail. $** _____



MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2012 JUN 13 P 2: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> PAUL CHIANG, <br>     Defendant. | No. CR 12 00463 LHK PSG <br><br> VIOLATION: 18 U.S.C. §§ 1030 (a)(2)(C) and (c)(2)(B)(ii) – Computer Intrusion; 18 U.S.C. §§ 2511(1)(a) and (4)(a) – Interception of Wire or Electronic Communications. <br><br> SAN JOSE VENUE <br><br> **UNDER SEAL** |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(ii) – Computer Intrusion)

    1.    Beginning on approximately October 9, 2011, and continuing to approximately December 16, 2011, within the Northern District of California and elsewhere, the defendant,

PAUL CHIANG,

intentionally accessed a protected computer used in interstate and foreign commerce without authorization and exceeding authorized access, and thereby obtained information from a protected computer, in furtherance of a criminal and tortious act in violation of laws of the United States and of California; that is, defendant used the Internet to access AC's electronic

INDICTMENT
U.S. v. CHIANG

mail account without her knowledge or consent and thereby obtained personal information, including private communication and photographs, which defendant then disclosed to the public by posting on the Internet, all in violation of Title 18 United States Code. Sections 1030(a)(2)(C) and (c)(2)(B)(ii).

COUNT TWO: (18 U.S.C. §§ 2511(1)(a) and (4)(a) – Interception of Wire or Electronic Communications)

2.      On or about November 28, 2011, within the Northern District of California and elsewhere, the defendant,

PAUL CHIANG,

intentionally intercepted and endeavored to intercept wire and electronic communications; that is, the defendant intercepted and endeavored to intercept electronic mail messages and instant messages sent by J.C., without her knowledge or consent, all in violation of Title 18, United States Code, Sections 2511(1)(a) and (4)(a).

Dated: June 13, 2012

A TRUE BILL.

Mary Elizabeth Sladek
FOREPERSON

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: Michelle Kane)
AUSA MICHELLE J. KANE

INDICTMENT
U.S. v. CHIANG                                    2

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 1030, 2511

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached

CR 12 00463 LHK PSG

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED 2012 JUN 13 P 2:11
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

**DEFENDANT - U.S.**

▶ PAUL CHIANG

DISTRICT COURT NUMBER

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): MICHELLE J. KANE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

Attachment – Penalty Sheet

Statutory Maximum Penalties:

18 U.S.C. § 1030(a)(2)(C): Maximum prison sentence: 5 years; Maximum fine: $250,000; Maximum supervised release term: 3 years; Special assessment: $100

18 U.S.C. § 2511(1)(a): Maximum prison sentence: 5 years; Maximum fine: $250,000; Maximum supervised release term: 3 years; Special assessment: $100.