1  Garrick S. Lew SBN 61889
   Design Center East
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103
3  (415) 575-3588
   (415) 522-1506 [fax]
4  gsl@defendergroup.com

5  Counsel for Defendant Paul Chiang

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 12-00463 LHK
11                                  )
                  Plaintiff,        )   **STIPULATION TO CONTINUE**
12                                  )   **STATUS CONFERENCE and**
   vs.                              )   **[Proposed] ORDER**
13                                  )
   PAUL CHIANG,                     )   Date:    September 12, 2012
14                                  )   Time:    9:00 a.m.
                  Defendant.        )   Court:   Honorable Lucy Koh
15 _____)
                                    )
16                                  )

17      Defendant PAUL CHIANG is scheduled to appear in the above-captioned matter for

18 Status Conference on September 12, 2012, at 9:00 a.m.

19      Defendant CHIANG is charged in a one-count indictment with Computer Intrusion in

20 violation of 18 U.S.C. §1030(a)(2)(C) and (c)(B)(ii) and Interception of Wire and Electronic

21 Communications in violation of 18 U.S.C. §2511(1)(a) and (4)(a).

22      Counsel has spent considerable time and effort meeting with defendant, to review

23 voluminous electronic evidence in the case.  The electronic discovery in the case consists of two

24 separate 750 GB hard drives.  Discovery review with defendant is on going and should be

25 completed within the next 45 days.  Additionally, counsel is awaiting receipt of a final computer

26 forensic report pertaining to the investigation and possible witness interviews.

*U.S. v Chiang*,  CR 12-00463 LHK
STIPULATION & [Proposed] ORDER          1

1  Counsel and defendant will not be prepared for the status conference presently set for
2  September 12, 2012 for the reasons stated above.  Defendant, through counsel, requests a
3  continuance to allow time for defendant CHIANG to complete his personal review of all case
4  discovery and clarify any remaining factual and legal questions he may have with counsel.
5  The parties further stipulate and agree that the time from September 12 through
6  November 7, 2012, should be excluded in accordance with the provisions of the Speedy Trial
7  Act, 18 U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such
8  action which outweigh the best interest of the public and the defendant in a speedy trial and also
9  under subsection (B)(iv) for continuity of counsel and for effective preparation of counsel, taking
10 into account the exercise of due diligence.

11

12 DATED: September 10, 2012                                /s/
                                                     Michelle Kane
13                                                   Assistant United States Attorney

14

15

16 DATED: September 10, 2012
                                                     GARRICK LEW
17                                                   Counsel for Defendant LOOC

18

19                              [~~Proposed~~] **ORDER**

20  GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and
21 defendant PAUL CHIANG,
22  IT IS HEREBY ORDERED that the Status Conference in this case, currently scheduled
23 for September 12, 2012 at 9:00 a.m. before the Honorable Lucy H. Koh, is VACATED and
24 RESET to November 7, 2012 at 9:00 a.m.
25  IT IS FURTHER ORDERED that the time from September 12 through November 7, 2012,
26 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

*U.S. v Chiang*, CR 12-00463 LHK
STIPULATION & [~~Proposed~~] ORDER                2

1  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel.  The
2  Court finds that the ends of justice served by the granting of the continuance outweigh the best
3  interests of the public and the defendant in a speedy and public trial and the failure to grant the
4  requested continuance would unreasonably deny continuity of counsel and reasonable time
5  necessary for effective preparation.

7       SO ORDERED.

9  DATED:  9/12/12            _____
                               Honorable Lucy H. Koh
10                             United States District Judge