Garrick S. Lew SBN 61889
1000 Brannan Street, Suite 288
San Francisco, CA 94103
(415) 575-3588
(415) 522-1506 [fax]
gsl@defendergroup.com

Counsel for Defendant PAUL CHIANG

Filed

NOV 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL CHIANG,<br><br>    Defendant. | No. CR 12-00463 LHK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE and** ~~[Proposed]~~ **ORDER**<br><br>Date: November 7, 2012<br>Time: 9:00 a.m.<br>Court: Honorable Lucy Koh |

  Defendant PAUL CHIANG is scheduled to appear in the above-captioned matter for Status Conference on November 7, 2012, at 9:00 a.m. The hearing was previously continued from September 12, 2012 by order of this court (document no. 14).

  Defendant CHIANG is charged in a two-count indictment with Computer Intrusion in violation of 18 U.S.C. §1030(a)(2)(C) and (c)(B)(ii) and Interception of Wire and Electronic Communications in violation of 18 U.S.C. §2511(1)(a) and (4)(a).

  As part of the defense investigation and preparation, defendant is undergoing an expert evaluation. Defendant, through counsel, requests a continuance until December 12, 2012, to allow time to complete this evaluation.

1  The parties further stipulate and agree that the time from November 7 through December
2  12, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18
3  U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action
4  which outweigh the best interest of the public and the defendant in a speedy trial and also
5  under subsection (B)(iv) for continuity of counsel and for effective preparation of counsel, taking
6  into account the exercise of due diligence.

7

8  DATED: November 5, 2012                     /s/
                                               Michelle Kane
9                                              Assistant United States Attorney

10

11

12 DATED: November 5, 2012

                                               GARRICK LEW
13                                             Counsel for Defendant CHIANG

14

15

16                              [~~Proposed~~] **ORDER**

17      GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and
18 defendant PAUL CHIANG,
19      IT IS HEREBY ORDERED that the Status Conference in this case, currently scheduled
20 for November 7, 2012 at 9:00 a.m. before the Honorable Lucy H. Koh, is VACATED and RESET
21 to December 12, 2012 at 9:00 a.m.
22      IT IS FURTHER ORDERED that the time from November 7, 2012 through December 12,
23 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
24 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel ~~and continuity of counsel~~. The
25 Court finds that the ends of justice served by the granting of the continuance outweigh the best
26 interests of the public and the defendant in a speedy and public trial and the failure to grant the

*U.S. v Chiang*, CR 12-00463 LHK
STIPULATION & [Proposed] ORDER            2

*[Handwritten annotation:]* No basis for continuity of counsel finding as basis for excluding time.

1  requested continuance would unreasonably deny ~~continuity of counsel and~~ *defense counsel* reasonable time
2  necessary for effective preparation.
3     SO ORDERED.
4
5  DATED: 11/6/12                                         *Lucy H. Koh*
                                                  _____
6                                                 Honorable Lucy H. Koh
                                                  United States District Judge

Further continuances of the status conference will be disfavored. Defense counsel has provided no facts supporting a finding that continuity of counsel justified an exclusion of time.

*U.S. v Chiang*, CR 12-00463 LHK
STIPULATION & [Proposed] ORDER                    3