Garrick S. Lew SBN 61889
LAW OFFICES OF GARRICK S. LEW
1000 Brannan Street, Suite 488
San Francisco, California 94103
Telephone: 415.575-3588
Facsimile: 415.522.1506
gsl@defendergroup.com

Attorney for Defendant
PAUL CHIANG

FILED
NOV 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL CHIANG,<br><br>    Defendant. | Case No. 5:12CR00463 LHK<br><br>STIPULATION AND ORDER EXONERATING PROPERTY BOND ON DEPOSIT WITH THE COURT AND RELEASE OF PASSPORT |

The parties hereby stipulate, through their respective counsel, Michelle Kane, Assistant United States Attorney for plaintiff United States of America and Garrick S. Lew, attorney for defendant PAUL CHIANG, that defendant's property bond may be exonerated and that Pretrial Services return defendant's passport to defendant.

DATED: November 18, 2013

/s/
Michelle Kane
Assistant United States Attorney

DATED: November 16, 2013

GARRICK S. LEW
Attorney for Defendant Paul Chiang

*United States v. Paul Chiang*, CR 5:12CR00463 LHK
STIPULATION AND [PROPOSED] ORDER EXONERATING PROPERTY BOND AND RELEASING PASSPORT

[Proposed] **ORDER**

Based upon the above stipulation of the parties and defendant having been sentenced to three years misdemeanor probation on November 15, 2013, good cause appearing;

**IT IS HEREBY ORDERED** that the $100,000 property bond securing defendant's appearance in these proceedings be exonerated and that the Clerk of the court reconvey the property forthwith.

**IT IS FURTHER ORDERED** that Pretrial Services return defendant's passport to defendant forthwith.

DATED: 11/19/13

The Hon. Harold R. Lloyd
United States District Court Magistrate Judge

*United States v. Paul Chiang*, CR 5:12CR00463 LHK
STIPULATION AND [PROPOSED] ORDER EXONERATING PROPERTY BOND AND RELEASING PASSPORT